AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

11676753

**RECEIVED**
By USMS District of Columbia District Court at 8:57 am, May 22, 2024

United States of America
v.

ARNEZ MACK

*Defendant*

)
)
)
)
)
)

Case: 1:24-cr-00246
Assigned to: Judge Boasberg, James E.
Assign Date: 5/21/2024
Description: INDICTMENT (B)
Related Case No: 24-cr-245 (JEB)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ARNEZ MACK

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine Base;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - Unlawful Possession with Intent to Distribute Cocaine Base;
18 U.S.C. § 924(c)(1) - Using, Carrying, and Possessing a Firearm During a Drug Trafficking Offense;

FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date: 05/21/2024

*Issuing officer's signature*

City and state:  WASHINGTON, DC          G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/22/24, and the person was arrested on *(date)* 8/2/24
at *(city and state)* Washington, D.C.

Date: 8/2/24

*Arresting officer's signature*

Chris Hegarty   DUSM
*Printed name and title*